## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANUARY MCCLAIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**RILEY'S PART DEUX, LLP d/b/a**<br>**RILEY'S POUR HOUSE,**<br><br>    Defendant. | CIVIL DIVISION<br><br>Case No. 2:23-cv-189 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, January McClain, hereby stipulates to the dismissal of the above-captioned action with prejudice, with each party bearing its own attorneys' fees and costs.

/s/ Prabhu Narahari
**Prabhu Narahari, Esq.**
PA ID No. 323895

**MANES & NARAHARI LLC**
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, Pa 15219
(412) 626-5588 Direct
pn@manesnarahari.com